NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TECHNICAL CONSUMER PRODUCTS, INC., NICOR, INC., AMAX LIGHTING,**
*Appellants*

**v.**

**LIGHTING SCIENCE GROUP CORPORATION,**
*Appellee*

———————————

2019-1360

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01280, IPR2018-00261, IPR2018-00271.

———————————

## JUDGMENT

———————————

STACIE RACHEL HARTMAN, Steptoe & Johnson LLP, Chicago, IL, argued for appellants. Also represented by JOHN LLOYD ABRAMIC, KATHERINE H. JOHNSON.

KAYVAN B. NOROOZI, Noroozi PC, Los Angeles, CA, argued for appellee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and STOLL, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 16, 2020</u>         <u>/s/ Peter R. Marksteiner</u>
Date                  Peter R. Marksteiner
                      Clerk of Court